ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ASIRTek Federal Services, LLC | ) ASBCA No. 63061 |
| | ) |
| Under Contract No. W91247-21-F-0072 | ) |

APPEARANCES FOR THE APPELLANT:    Lucas T. Hanback, Esq.
    Jeffery M. Chiow, Esq.
    Stephen L. Bacon, Esq.
    Deborah N. Rodin, Esq.
     Rogers Joseph O'Donnell, P.C.
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
     Army Chief Trial Attorney
    1LT Bryan R. Williamson, JA
    MAJ Weston E. Borkenhagen, JA
     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 26, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

    I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63061, Appeal of ASIRTek Federal Services, LLC, rendered in conformance with the Board's Charter.

Dated: July 26, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals